IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

     Plaintiff,

                                        Case No.  19-cv-271-jdp

   v.

ABRAHAM ROBERTSON, DOENTE
JONES AND TEREAL MACH,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| | |
|---|---|
| /s/ | 4/26/2019 |
| Peter Oppeneer, Clerk of Court | Date |